# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| APRIL THACKER, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION NO. 5:23-CV-41-JKP |
| § | |
| MANPOWERGROUP US, INC., § | |
| § | |
| Defendant. § | |
| § | |

## PARTIES' JOINT REPORT ON ALTERNATIVE DISPUTE RESOLUTION

Pursuant to the Scheduling Order entered by this Court on May 2, 2023 and Local Rule CV-88, Plaintiff and Defendants file this Joint Report on Alternative Dispute Resolution:

1. The Parties engaged in a full-day mediation before Sasha Vaikhman on September 14, 2023. The Parties did not settle at the mediation, but their settlement negotiations continued after mediation and ultimately, the Parties reached a resolution.

2. The individual primarily responsible for settlement negotiations on behalf of Plaintiff is Douglas Welmaker. The individual primarily responsible for settlement negotiations on behalf of Defendants is Nicole LeFave.

3. By way of this Report, the Parties seek to jointly inform the Court that they have satisfied the requirement contained in this Court's Scheduling Order to mediate this case on or before October 27, 2023 and are filing this report in accordance with Local Rule CV-88 and the Scheduling Order after mediation is complete.

4. The Parties shall submit a joint motion to dismiss the lawsuit once they have finalized the settlement documents.

Dated: October 27, 2023

Respectfully submitted,

*/s/ Nicole S. LeFave*

Nicole S. LeFave
Texas State Bar No. 24085432
nlefave@littler.com
Kimberly L. Kauffman
Texas State Bar No. 24089255
kkauffman@littler.com

LITTLER MENDELSON, P.C.
A Professional Corporation
100 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 982-7250
(512) 982-7248 (Fax)

**ATTORNEYS FOR DEFENDANT**

*/s/ Douglas B. Welmaker (with permission)*

Douglas B. Welmaker
Texas State Bar No. 00788641
doug@morelandlaw.com

WELMAKER LAW, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
(512) 799-2048

**ATTORNEY FOR PLAINTIFF**

# **CERTIFICATE OF SERVICE**

On October 27, 2023, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Western District of Texas using the Electronic Case Filing system of the Court. I hereby certify that I have served all counsel of record as follows:

*Via Electronic Case Filing:*

Douglas B. Welmaker
WELMAKER LAW, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
(512) 799-2048
doug@morelandlaw.com

ATTORNEY FOR PLAINTIFF

                                         */s/ Nicole S. LeFave*
                                         Nicole S. LeFave