IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| APRIL THACKER, | § |
| Plaintiff, | § |
| vs. | §  CIVIL ACTION NO. 5:23-CV-41-JKP |
| MANPOWERGROUP US, INC., | § |
| Defendant. | § |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Defendant ManpowerGroup US, Inc. ("Manpower") and Plaintiff April Thacker ("Plaintiff," and together with Defendant, "the Parties") stipulate to the following and respectfully request this Court to enter an Order Dismissing this case with prejudice to fully adjudicate this matter:

1. This stipulation is made and entered into between Plaintiff and Defendant.

2. This stipulation relates to the above-captioned action, *Thacker v. ManpowerGroup US, Inc.*, CA 5:23-cv-41-JKP, currently pending in the United States District Court for the Western District of Texas, San Antonio Division.

3. In accordance with FED. R. CIV. P. 41(a)(1)(A)(ii), the Parties stipulate and agree to the dismissal, with prejudice, of Plaintiff's action against Defendant, including all of Plaintiff's claims against Defendant asserted therein, with each party to this stipulation bearing their own attorneys' fees and costs.

WHEREFORE, the Parties jointly request that the Court dismiss the above-captioned action, and all claims asserted therein, in its entirety with prejudice.

| | |
|---|---|
| Dated November 9, 2023 | Respectfully submitted, |
| | /s/ Nicole S. LeFave |
| | Nicole S. LeFave |
| | Texas State Bar No. 24085432 |
| | nlefave@littler.com |
| | Kimberly L. Kauffman |
| | Texas State Bar No. 24089255 |
| | kkauffman@littler.com |
| | |
| | LITTLER MENDELSON, P.C. |
| | A Professional Corporation |
| | 100 Congress Avenue, Suite 1400 |
| | Austin, Texas 78701 |
| | (512) 982-7250 |
| | (512) 982-7248 (Fax) |
| | |
| | **ATTORNEYS FOR DEFENDANT** |
| | |
| | /s/ Douglas B. Welmaker |
| | Douglas B. Welmaker |
| | Texas State Bar No. 00788641 |
| | doug@welmakerlaw.com |
| | |
| | WELMAKER LAW, PLLC |
| | 409 N. Fredonia, Suite 118 |
| | Longview, Texas 75601 |
| | (512) 799-2048 |
| | |
| | **ATTORNEY FOR PLAINTIFF** |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on this the 9th day of November 2023, on all counsel of record via the Court's *CM/ECF* system pursuant to the FEDERAL RULES OF CIVIL PROCEDURE.

*/s/ Douglas B. Welmaker*
Douglas B. Welmaker
